UNITED STATES DISTRICT COURT FOR THE
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WITNESS SYSTEMS, INC.<br><br>      Plaintiff,<br><br>v.<br><br>NICE SYSTEMS, INC., and<br>NICE SYSTEMS LTD.<br><br>      Defendants. | Civil Action No. 1:06-CV-0126-TCB |

## WITNESS SYSTEMS, INC.'S MOTION TO EXCEED PAGE LIMIT

In accordance with Local Rule 7.1D, Plaintiff Witness Systems, Inc. ("Witness Systems") hereby moves the Court for permission to file a memorandum that exceeds twenty-five pages in support of its proposed claim constructions. The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Witness's Motion to Exceed Page Limit, filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Witness Systems respectfully asks that this Court enter the enclosed Order permitting Witness Systems to file a memorandum in support of its proposed claim constructions that exceeds twenty-five pages.

Dated: November 22, 2006.                    Respectfully submitted,


/s/Christopher O. Green
Nagendra Setty
  Georgia Bar No. 636205
Daniel A. Kent
  Georgia Bar No. 415110
Christopher O. Green
  Georgia Bar No. 037617

FISH & RICHARDSON P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, Georgia 30309-3531
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

ATTORNEYS FOR PLAINTIFF
WITNESS SYSTEMS, INC.

UNITED STATES DISTRICT COURT FOR THE
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WITNESS SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>NICE SYSTEMS, INC., and<br>NICE SYSTEMS LTD.<br><br>Defendants. | Civil Action No. 1:06-CV-0126-TCB |

## PLAINTIFF WITNESS SYSTEMS, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO EXCEED PAGE LIMIT

Plaintiff Witness Systems, Inc. ("Witness Systems") hereby submits this Memorandum of Law in Support of its Motion to Exceed Page Limit.

### ARGUMENT AND CITATION OF AUTHORITY

Northern District of Georgia Local Rule 7.1D provides that:

> Absent prior permission of the court, briefs filed in support of a motion or in response to a motion are limited in length to twenty-five (25) pages . . . .

L.R. 7.1D. Witness Systems seeks the Court's permission to exceed the twenty-five page limit with its Opening Claim Construction Brief.

This case involves the construction of twenty-three (23) claims from U.S. Patent No. 6,404,857. The claim construction analysis involves twenty-one (21)

12009788.doc

separate construction disputes and a review of multiple pieces of art. In addition, the subject matter of the patent-in-suit involves monitoring, recording and analyzing communications over circuit-switched and packet-switched networks, which requires substantial presentation of evidence in the context of the claims and the state of the art at relevant times.

To adequately and coherently present its arguments, Witness Systems' Opening Claim Construction Brief contains diagrams and charts illustrating the state of the art in circuit-switched and packet-switched networks and the monitoring and recording systems used on those networks.

Witness Systems has made every effort to keep its Opening Claim Construction Brief as concise as possible, while adequately framing the factual and legal issues for the Court. Witness Systems therefore asks for leave to exceed the twenty-five (25) page limit and permission to submit a brief of no more than fifty-five (55) pages. In advance of this Motion, Witness Systems notified NICE Systems, Inc. and NICE Systems, Ltd. ("NICE") of its intent to submit an opening brief that exceeds twenty-five (25) pages.

Therefore, Witness Systems respectfully submits that the interests of justice would be served by permitting the parties to fully brief these issues in order to aid the Court in its claim construction.

- 3 -

Dated: November 22, 2006.                    Respectfully submitted,


/s/Christopher O. Green
Nagendra Setty
   Georgia Bar No. 636205
Daniel A. Kent
   Georgia Bar No. 415110
Christopher O. Green
   Georgia Bar No. 037617

FISH & RICHARDSON P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, Georgia 30309-3531
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

ATTORNEYS FOR PLAINTIFF
WITNESS SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed MOTION and MEMORANDUM IN SUPPORT OF DEFENDANT WITNESS SYSTEMS, INC.'S MOTION TO EXCEED PAGE LIMIT with the Clerk of Court using the CM/ECF Systems which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Scott G. Lindvall, Esq.<br>Patricia J. Clarke, Esq.<br>Robert R. Laurenzi, Esq.<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>Fax: (212) 836-6369<br>slindvall@kayescholer.com<br>pclarke@kayescholer.com<br>rlaurenzi@kayescholer.com | Angela S. Blackwell, Esq.<br>William B. Hill, Jr., Esq.<br>ASHE, RAFUSE & HILL, LLP<br>1335 Peachtree Street, NE,<br>Suite 500<br>Atlanta, GA 30309<br>Fax: (404) 253-6060<br>angela.blackwell@asherafuse.com<br>william.hill@asherafuse.com |

Dated: November 22, 2006.

FISH & RICHARDSON P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, Georgia 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

COUNSEL FOR PLAINTIFF
WITNESS SYSTEMS, INC.

/s/Christopher O. Green
Nagendra Setty
   Georgia Bar No. 636205
Daniel A. Kent
   Georgia Bar No. 415110
Christopher O. Green
   Georgia Bar No. 037617

- 4 -

12009788.doc

- 5 -

# UNITED STATES DISTRICT COURT FOR THE
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WITNESS SYSTEMS, INC.<br><br>      Plaintiff,<br><br>v.<br><br>NICE SYSTEMS, INC., and<br>NICE SYSTEMS LTD.<br><br>      Defendants. | Civil Action No. 1:06-CV-0126-TCB |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Witness Systems, Inc.'s Motion to Exceed Page Limit, and in accordance with Local Rule 7.1D, the Court hereby ORDERS that Witness Systems shall be permitted to file an Opening Claim Construction brief not to exceed fifty-five (55) pages in length.

SO ORDERED, this ___ day of _____, 2006.

_____
Honorable Timothy C. Batten, Sr.