IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WITNESS SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICE SYSTEMS, INC. and NICE SYSTEMS, LTD., <br><br> Defendants. | Civil Action No. 1:06-CV-0126-TCB |

**DEFENDANTS NICE SYSTEMS, INC. AND NICE SYSTEMS, LTD.'S
MOTION TO EXCEED PAGE LIMITATION
AND MEMORANDUM IN SUPPORT THEREOF**

Defendants NICE Systems, Inc. and NICE Systems, Ltd. (collectively, "NICE") move to exceed the twenty-five (25) page limitation and submit a brief of no more than sixty-five (65) pages for its Opening Brief in Support of Their Claim Construction.

**ARGUMENT AND CITATION OF AUTHORITY**

Northern District of Georgia Local Rule 7.1D provides that:

> Absent prior permission of the court, briefs filed in support of a motion or in response to a motion are limited in length to twenty-five (25) pages . . . .

L.R. 7.1D. NICE seeks the Court's permission to exceed the twenty-five page limit with its Opening Claim Construction Brief.

This case involves the construction of many claims and involves many complex technical issues.

NICE has made every effort to keep its Opening Claim Construction Brief as concise as possible, while adequately framing the factual and legal issues. However, in order to adequately and coherently present its arguments, NICE asks for leave to exceed the twenty-five (25) page limit.

Defendant Witness Systems, Inc. has similarly requested to exceed the page limitations set forth in Local Rule 7.1D in its Opening Claim Construction Brief. (Docket # 45).

NICE respectfully submits that the interests of justice would be served by permitting the parties to fully brief these issues in order to aid the Court in its claim construction.

A proposed Order is attached for the Court's convenience.

## **CONCLUSION**

WHEREFORE, NICE respectfully requests that the Court grant NICE permission to exceed the twenty-five (25) page limitation in NICE's Opening Claim Construction Brief.

Respectfully submitted this 22nd day of November, 2006.

                                        s/ Angela S. Blackwell

<208>
<208><208><208><208>
William B. Hill, Jr.
   Georgia Bar No. 354725
Angela S. Blackwell
   Georgia Bar No. 647555
ASHE, RAFUSE & HILL, LLP
1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30309-3232
Tel: (404) 253-6000
Fax: (404)253-6060
angelablackwell@asherafuse.com

Scott G. Lindvall
   (admitted *pro hac vice*)
Robert Laurenzi
   (admitted *pro hac vice*)
Joseph M. Drayton
   (admitted *pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
Tel: (212) 836-8700
Fax: (212) 836-8689

*Attorneys for Defendants*
*NICE Systems, Inc. and NICE Systems, Ltd.*

# CERTIFICATE OF COMPLIANCE

This foregoing **DEFENDANTS NICE SYSTEMS, INC. AND NICE SYSTEMS, LTD.'S MOTION TO EXCEED PAGE LIMITATION AND MEMORANDUM IN SUPPORT THEREOF** complies with Local Rule 5.1B regarding typeface and font size.

                                              s/ Angela S. Blackwell
                                              Angela S. Blackwell

# CERTIFICATE OF SERVICE

Counsel for Plaintiff hereby certifies that on November 22, 2006, I caused a true and complete copy of the foregoing **DEFENDANTS NICE SYSTEMS, INC. AND NICE SYSTEMS, LTD.'S MOTION TO EXCEED PAGE LIMITATION AND MEMORANDUM IN SUPPORT THEREOF** to be served upon the parties to this action as shown below.

| | |
|---|---|
| Nagendra Setty<br>Daniel A. Kent<br>Christopher O. Green<br>Noah C. Graubart<br>FISH & RICHARDSON, P.C.<br>1230 Peachtree Street, N.E., 19th Floor<br>Atlanta, Georgia 30309-3578<br>Telephone: (404) 892-5005<br>Facsimile: (404) 892-5002<br><br>*Counsel for Plaintiff*<br>*Witness Systems, Inc.* | Via Email/E-filing |

Dated: November 22, 2006

                                              s/ Angela S. Blackwell
                                              Angela S. Blackwell