**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| VERINT AMERICAS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> NICE SYSTEMS, INC., and <br> NICE SYSTEMS LTD. <br><br> *Defendants*. | Civil Action No. 1:06-CV-0126-TCB |

**JOINT MOTION TO DISMISS AND
<u>MEMORANDUM IN SUPPORT THEREOF</u>**

COME NOW Plaintiff VERINT Americas, Inc. and Defendants NICE Systems, Inc. and NICE Systems, Ltd., to file their Joint Motion to Dismiss and in support thereof would show the Court the following:

The parties have reached an agreement that resolves all issues between them as relates to the matters as asserted in this lawsuit and as part of that agreement, are jointly seeking a DISMISSAL WITH PREJUDICE of all claims and counterclaims between them with each party to incur their respective costs.

Case 1:06-cv-00126-TCB   Document 287   Filed 08/08/08   Page 2 of 2

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court enter the proposed Agreed Order submitted with this Motion.

Dated:  August 8, 2008

Respectfully submitted,

By: /s/ Christopher O. Green
Nagendra Setty
Georgia Bar No. 636205
Daniel A. Kent
Georgia Bar No. 415110
Christopher O. Green
Georgia Bar No. 037617
Noah C. Graubart
Georgia Bar No. 141862
George L. Kanabe
Georgia State Bar No. 103906

FISH & RICHARDSON, P.C.
1180 Peachtree Street, 21st Floor
Atlanta, Georgia 30309
Ph: (404) 892-5005
Fax: (404) 892-5002

*Attorneys for Plaintiff
Verint Americas, Inc.*

By: /s/ Scott G. Lindvall
Joseph C. Sharp
Georgia Bar No. 637965
ASHE, RAFUSE & HILL, LLP
1355 Peachtree Street, N.E., Suite 500
Atlanta, Georgia  30309-3232
Tel:  (404) 253-6000
Fax:  (404) 253-6060

Of Counsel:

Scott G. Lindvall
    (admitted *pro hac vice*)
Joseph M. Drayton
    (admitted *pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022-3598
Tel:  (212) 836-8700
Fax:  (212) 836-8689

*Attorneys for Defendants NICE Systems, Inc. and NICE Systems, Ltd.*

2